IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK KLIGMAN | : | CIVIL ACTION |
| v. | : | |
| INTERNAL REVENUE SERVICE (HUMAN RESOURCES) | : | NO. 09-5941 |

ORDER

AND NOW this 26th day of April, 2010, upon consideration of the defendant's Motion to Dismiss (Docket No. 9), and the response thereto, IT IS HEREBY ORDERED, for the reasons set out in a Memorandum of today's date, that the Motion is GRANTED and this case is DISMISSED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.